# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Frost v. County of San Diego, et al.**      Case No.: **21-cv-01903-L-JLB**

On February 9, 2023, this case contingently settled. (ECF No. 26.) The Court thereafter set a Settlement Disposition Conference for March 27, 2023. (ECF Nos. 26, 27.) On March 14, 2023, the case was transferred to the calendar of the Honorable Jill L. Burkhardt. Due to a conflict in the Court's calendar, **IT IS HEREBY ORDERED**:

1. The telephonic, counsel-only Settlement Disposition Conference is **CONTINUED** to **April 7, 2023**, at **3:45 PM** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (877) 873-8018 and use access code 9930765.

2. If a Joint Motion for Dismissal is filed and a proposed order for dismissal is e-mailed to the chambers of the Honorable M. James Lorenz[1] on or before **April 5, 2023**, the Settlement Disposition Conference shall be vacated without further court order.

Date: March 15, 2023                                             Initials: lc2
                                                       Chambers of the Hon. Jill L. Burkhardt

---

[1] *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.