Brody A. McBride (CA SBN 270852)
Brody McBride Law
2011 Palomar Airport Rd., Ste. 101
Carlsbad, CA 92011
(760) 253-1231
brody@brodymcbride.com

Trenton G. Lamere (CA SBN 272760)
Lamere Legal
122 Mascoutah Avenue
Belleville, IL 62220
(618) 539-2328
trenton@lamerelegal.com

Attorneys for Plaintiff Kristina Frost

CLAUDIA G. SILVA, County Counsel (SBN 167868)
By: ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
ALEXA F. KATZ, Senior Deputy (SBN 317968)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5279; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego,
Mason Cassidy, and William Gore

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTINA FROST,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, MASON CASSIDY, UNKNOWN SAN DIEGO SHERIFF'S DEPARTMENT PERSONNEL,<br><br>         Defendants. | No. 3:21-cv-01903-L-AGS<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:  Hon. M. James Lorenz<br>Court:  5B (Schwartz) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7.2, Plaintiff Kristina Frost and Defendants County of San Diego, William Gore, and Mason Cassidy hereby jointly move to dismiss this entire action with prejudice, with each

/ / /

party to bear their own attorneys' fees and costs.

Dated: March 27, 2023           *s/Trenton G. Lamere*

                                Attorney for Plaintiffs


Dated: March 27, 2023           COUNTY COUNSEL

                                By: *s/Robert A. Ortiz*

                                Attorneys for Defendants

*E-filing Signature Certification*

*S.D. Cal. E-filing Pol. & Proc. § 2(f)(4)*

I hereby certify that the content of the foregoing document is acceptable to all persons required to sign the document and that I have obtained either physical signatures or authorization for the electronic signatures of all parties on the document.

Dated: March 27, 2023            <u>s/Trenton G. Lamere</u>
                                 Attorney for Plaintiffs