UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA FROST,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE, MASON CASSIDY, UNKNOWN SAN DIEGO SHERIFF'S DEPARTMENT PERSONNEL,<br><br>    Defendants. | No. 3:21-cv-01903-L-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion to Dismiss with Prejudice (ECF no. 30) is granted.  This action is dismissed with prejudice.  Each party shall bear his, her, or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

_____
Hon. M. James Lorenz
United States District Judge